1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA JACKSON-MURRAY, individually and as a personal representative of the Estate of DAMON JACKSON, deceased,<br><br>　　　　　Plaintiff,<br>v.<br><br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV15-05838 CBM (MRWx)<br><br>**ORDER OF DISMISSAL**<br><br>**Rule 41(a)**<br><br>[JS-6] |

1  As the parties have stipulated to a dismissal of this action with prejudice
2  pursuant to Rule 41(a), and as all parties have agreed to bear their own costs and fees,
3  the Court orders this matter dismissed in its entirety with prejudice.  Each side to bear
4  their own costs and fees.
5      IT IS SO ORDERED.

DATED: July 6, 2016


_____
Hon. Consuelo B. Marshall
United States District Judge